| MARION/WALTHALL CORRECTIONAL FACILITY | |
|---|---|
| **PHYSICAL PLANT INMATE HOUSING** | ACA STANDARD 4-4133 |
| **INMATE SLEEPING AREAS** *(Occupancy and Space Requirements)* | RESTRICTED |
| EFFECTIVE DATE 03-01-99    INITIAL DATE 12-01-98 | PAGE 1 OF 1 |

**POLICY:** MWCF'S WRITTEN POLICY, PROCEDURE AND PRACTICE PROVIDES THAT SINGLE-OCCUPANCY CELLS/ROOMS SHALL BE AVAILABLE, WHEN INDICATED, FOR THE FOLLOWING:
- INMATES WITH SEVERE MEDICAL DISABILITIES
- INMATES SUFFERING FROM SERIOUS MENTAL ILLNESS
- SEXUAL PREDATORS
- INMATES LIKELY TO BE EXPLOITED OR VICTIMIZED BY OTHERS
- INMATES WHO HAVE OTHER SPECIAL NEEDS FOR SINGLE HOUSING.

**PURPOSE:** To ensure those inmates who have special needs be housed for their own security or in such cases, the security of others.

**PROCEDURE:**
1. All inmates at MWCF must meet medical class I and II requirements.
2. Special needs inmates are returned to CMCF to be placed in accommodating facilities.
3. Inmates who are likely to be exploited or victimized by others are moved within the Facility to ensure their safety and needs.
4. Inmates who have special needs for single housing are placed in single occupancy cells to ensure their safety and needs.

AUTHORITY SIGNATURE:_____ DATE:_____

EXHIBIT U