| MARION/WALTHALL CORRECTIONAL FACILITY | |
|---|---|
| ADMINISTRATION & MANAGEMENT TRAINING AND STAFF DEVELOPMENT | ACA STANDARD 4-4084 |
| TRAINING REQUIREMENTS (Orientation) | RESTRICTED |
| EFFECTIVE DATE 03-01-99 | INITIAL DATE 12-01-98 | PAGE 1 OF 4 |

**POLICY:** MWCF'S WRITTEN POLICY, PROCEDURE AND PRACTICE PROVIDE THAT ALL NEW CD'S RECEIVE FORTY(40) HOURS OF TRAINING PRIOR TO ENTRY ON DUTY, AN ADDITIONAL ONE HUNDRED-TWENTY(120) HOURS OF TRAINING DURING THEIR FIRST YEAR OF EMPLOYMENT AND AN ADDITIONAL FORTY(40) HOURS OF TRAINING EACH SUBSEQUENT YEAR OF EMPLOYMENT. AT A MINIMUM, THIS TRAINING COVERS THE FOLLOWING AREAS:

1. Security Procedure
2. Supervision of Inmates
3. Signs of Suicide Risk
4. Suicide Precautions
5. Use of Force Regulations and Tactics
6. Report Writing
7. Inmate Rules and Regulations
8. Rights and Responsibilities of Inmates
9. Fire and Emergency Procedures
10. Firearms Training
11. Key Control
12. Interpersonal Relations
13. Social/Cultural Lifestyles of the Inmate Population
14. Communication Skills
15. First Aid/CPR

**PURPOSE:** To provide an on-going education to familiarize the CD's of new developments in the Correctional Field and Techniques for applying those developments.


EXHIBIT V

| MARION/WALTHALL CORRECTIONAL FACILITY | |
|---|---|
| ADMINISTRATION & MANAGEMENT TRAINING & STAFF DEVELOPMENT | ACA STANDARD 4-4084 |
| TRAINING REQUIREMENTS (Correctional Officers) | RESTRICTED |
| EFFECTIVE DATE 03-01-99 — INITIAL DATE 12-01-98 | PAGE 2 OF 4 |

**PROCEDURE:** On-the-Job Training:

1. A new CD will initially be assigned to an on-the-job (OJT) training status for one(1) forty(40) hour week under the direct supervision of the Training Specialist and a Shift Supervisor.
2. The new CD should be trained in all phases of possible shift assignments such as:
   a. Control Room    b. Intake/Booking    c. Dorm Officer
   Particular attention will be paid to Inmate movement procedures.
3. New CD's receive orientation in Food Service procedures, Commissary and Medical procedures.
4. The Shift Supervisor, to whom the new CD is assigned to for OJT, shall complete and sign a check-list to the Warden, or his designee.

Performance Evaluation and Testing:

1. Probationary CD's Requirements are as follows:
   a. Completion of a basic course in Corrections within the first year of employment.
   b. Demonstration of proficiency in policies and procedures through post testing.
   c. Completion of training OJT
   d. Satisfactory job performance evaluations on a semi-annual basis and the Supervisor will monitor the CD's performance and report any discrepancies to the Warden, or his designee, for counseling or further training.
2. Failure to complete necessary requirements may result in extension of the probationary period or termination.
3. Permanent CD's requirements are as follows:
   a. Refresher course to up-date skills of forty(40) hours.
   b. Completion of one hundred-twenty(120) hours POST Correctional School within the first year.

...

| MARION/WALTHALL CORRECTIONAL FACILITY | |
|---|---|
| ADMINISTRATION & MANAGEMENT TRAINING & STAFF DEVELOPMENT | ACA STANDARD 4-4084 |
| TRAINING REQUIREMENTS (Correctional Officers) | RESTRICTED |
| EFFECTIVE DATE 03-01-99    INITIAL DATE 12-01-98 | PAGE 3 OF 4 |

    c. Demonstration of proficiency in applicable areas and testing.
    d. Satisfactory job performance and evaluation from Supervisor semi-annually.

Basic Course in Corrections:
1. The basic MWCF course in Corrections should include the following:

| Subject | Hours |
|---|---|
| Security Measures | 40 |
| Policy and Procedure Manual/ Review and Testing | 16 |
| First Aid/CPR | 16 |
| Legal Information | 04 |
| Emergency Procedures (Evacuation) | 02 |
| Defensive Tactics | 08 |
| Inmate Handbook | 02 |
| Employee Handbook | 02 |
| Search Procedures | 04 |
| Total | 80 |

2. On-the-Job training may be conducted in the following manner:

| Subject | Hours |
|---|---|
| Food Services | 03 |
| Medical | 03 |
| Commissary | 05 |
| Intake and Booking | 08 |
| Control Room | 07 |
| Administration | 03 |
| Outside Perimeter Search | 05 |
| Inside Perimeter Search | 04 |
| Classification | 03 |
| Counseling | 03 |
| Total | 40 |

| MARION/WALTHALL CORRECTIONAL FACILITY | |
|---|---|
| ADMINISTRATION & MANAGEMENT TRAINING & STAFF DEVELOPMENT | ACA STANDARD 4-4084 |
| TRAINING REQUIREMENTS (*Correctional Officers*) | RESTRICTED |
| EFFECTIVE DATE 03-01-99    INITIAL DATE 12-01-98 | PAGE 4 OF 4 |

Refresher Course:
1. This program training may be given to all Correctional Deputy's and Supervisory Officers in the following manner:
   a. The refresher (in-service) course of forty(40) hours includes the following components:
      - First Aid/CPR
      - Legal Issues
      - Stress Reduction Techniques
      - Human Relations Skills
      - Defensive Tactics
      - Any other training as required by the Advisory Committee
2. The Training Officer will advise Administration and Personnel of all proposed training schedules to be assigned to this training in sufficient time to allow adequate staffing adjustments.

AUTHORITY SIGNATURE:_____ DATE:_____