| MARION/WALTHALL CORRECTIONAL FACILITY | |
|---|---|
| **INSTITUTIONAL OPERATIONS SECURITY AND CONTROL** | **ACA STANDARD 4-4190** |
| **USE OF RESTRAINTS** | **RESTRICTED** |
| EFFECTIVE DATE 03-01-99 | INITIAL DATE 12-01-98 | PAGE 1 OF 2 |

**POLICY:**   WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT INSTRUMENTS OF RESTRAINT, SUCH AS HANDCUFFS, IRONS, AND STRAIGHT JACKETS, ARE NEVER APPLIED AS PUNISHMENT AND ARE APPLIED ONLY WITH THE APPROVAL OF THE WARDEN, OR DESIGNEE.

**PURPOSE:**   To ensure humane treatment of all inmates incarcerated at MWCF.

**PROCEDURE:**   Authority:

1. The use of restraint equipment is designed to prevent the committing of an offense by an inmate, for assuring an inmate does not seriously harm himself, or others, and to prevent escape from escorts. For this reason, the equipment shall only be used at the discretion of the Warden, the designated Supervisor, the Transportation Supervisor or the Shift Supervisor.

2. In the event that restraints must be used, the following guidelines should be used.

   a. Approval by the Supervisor

   b. Use only amount of force necessary to restrain individual

   c. Cuffs and shackles should be checked to ensure circulation

   d. Double lock cuffs and shackles

   e. Incident Report written with the following information:

      1. Name

      2. Date

      3. Starting Time

      4. When an inmate is shackled and handcuffed ("Hogtied"), inmate is to be turned on their side and CD is not to leave inmate unsupervised. There shall be a continuous watch.

      5. Name of CDs observing inmates

      6. Must have medical check document nurse

      7. CDs assisting in restraining

      8. Reason for restraints

      9. Release time



EXHIBIT
W

| MARION/WALTHALL CORRECTIONAL FACILITY | |
|---|---|
| INSTITUTIONAL OPERATIONS SECURITY AND CONTROL | ACA STANDARD 4-4190 |
| USE OF RESTRAINTS | RESTRICTED |

| EFFECTIVE DATE 03-01-99 | INITIAL DATE 12-01-98 | PAGE 2 OF 2 |
|---|---|---|

f) Copies of incident should be turned over to designated Supervisor.

g) Time limit should not exceed forty-five (45) minutes per restraining.

h) Leather restraints and straight jackets may be used only with doctors orders.

Selection Of Equipment:

Selection of equipment for escort purposes depends upon the following:

a. Custody-level classification of inmate.

b. Anticipated contact with public.

c. Physical and mental health of inmate.

d. Inmate's demonstrated behavior.

e. Purpose and destination of movement.

f. Age, size and stature of CDs compared to inmate.

Medical Coordination:

Medical coordination shall be made should restraint equipment be necessary to prevent self-mutilation. If seeking coordination is impractical, the Medical Department should be notified at the earliest opportunity. CDs shall examine the restrained inmate at regular and frequent intervals, not exceeding fifteen (15) minutes.

Use of equipment:

Pepper Spray:

The use of pepper spray must be authorized by the Warden, or designee. Pepper spray will be employed by trained individuals only. Pepper spray may be authorized for the following conditions:

- To prevent serious injury or loss of life
- To prevent or suppress riots or disturbances which may escalate in intensity
- To prevent extensive, willful destruction of property

AUTHORITY SIGNATURE:_____DATE:_____