IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**MICHAEL JONES, Individually and as
personal representative of the wrongful death
beneficiaries of Roosevelt Lee Peavy, Deceased**                              **PLAINTIFF**

**V.**                                            **CIVIL ACTION NO. 2:10-CV-94-KS-MTP**

**MARION COUNTY, MISSISSIPPI, et al.**                                     **DEFENDANTS**

### JUDGMENT

The Court being fully advised in the premises, having entered a separate Memorandum Opinion and Order, and finding no just reason for delay, hereby orders and adjudges, in accordance with Rule 58 of the Federal Rules of Civil Procedure, that Defendants' Motion for Summary Judgment [58] is **granted**. Accordingly, this case is dismissed.

SO ORDERED AND ADJUDGED this 12th day of October, 2011.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE

1